DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITION TO REHEAR

SWANSON v. STATE

No. 64PA91-3

Case below: 335 N.C. 674

Motion by plaintiffs to suspend rules to allow rehearing denied 2 March 1995.